United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Freddy Gutierrez                      ,

Plaintiff(s),

v.

C&H Sugar, Inc.                       ,

Defendant(s).

Case No. 3:23-cv-03192-LJC

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Laura L. Sheets          , an active member in good standing of the bar of

Michigan                        , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Freddy Gutierrez            in the

above-entitled action. My local co-counsel in this case is Arnold C. Wang            , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 204431            .

975 E. Jefferson Avenue
Detroit, Michigan 48207

MY ADDRESS OF RECORD

(313) 392-0015

MY TELEPHONE # OF RECORD

lsheets@lsccounsel.com

MY EMAIL ADDRESS OF RECORD

6701 Center Drive West, Suite 1400
Los Angeles, California 90045

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 844-9696

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

arnold@aswtlawyers.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: P63270        .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: July 17, 2023                                          Laura L. Sheets
                                                                 APPLICANT

5

6

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Laura L. Sheets            is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: July 18, 2023

16

17  _____
                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Laura L. Sheets*

was admitted to the practice of law in the courts of the State of Michigan on

*November 19, 2001*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date:  April 27, 2023

Clerk