UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddy Gutierrez, <br><br> Plaintiff(s), <br><br> v. <br><br> C&H Sugar, Inc., <br><br> Defendant(s). | Case No. 3:23-cv-03192-LJC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Megan R. Brillault, an active member in good standing of the bar of USDC - Southern District of NY, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: C&H Sugar, Inc. in the above-entitled action. My local co-counsel in this case is Jacob P. Duginski, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 316091.

| 825 3rd Ave 16th Floor, New York, NY 10022 | 456 Montgomery St., #1800, San Francisco, CA 94104 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-702-5414 | 415-262-4018 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mbrillault@bdlaw.com | jduginski@bdlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MB5562.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2023                                               Megan R. Brillault
                                                                                      APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Megan R. Brillault  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 8, 2023

_____
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ MEGAN   ROSE   BRILLAULT _____ , Bar # _____ MB5562 _____

was duly admitted to practice in the Court on

_____ July 30, 2004 _____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.           On          May 12, 2023
              New York, New York

Ruby J. Krajick                    By        s/ D. Shaw
Clerk of Court                               Deputy Clerk