```
Mike M. Arias, Esq. (SBN 115385)
Arnold C. Wang, Esq. (SBN 204431)
M. Anthony Jenkins, Esq. (SBN 171958)
```
**ARIAS SANGUINETTI WANG & TEAM, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile:  (310) 861-0168

Steven D. Liddle, Esq.*
Laura L. Sheets, Esq.*
Matthew Z. Robb, Esq.*
*Admitted *Pro hac vice*
**LIDDLE SHEETS P.C.**
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile:  (313) 392-0025

*Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY GUTIERREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C & H SUGAR COMPANY, INC.,<br><br>Defendant. | Case No. 3:23-cv-03192-SI<br><br>The Hon. Susan Illston<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Action Filed: June 27, 2023 |



APPROVED
Judge Susan Illston

Page 1

JOINT STIPULATION OF VOLUNTARY DISMISSAL

ARIAS SANGUINETTI WANG & TORRIJOS, LLP

Plaintiff Freddy Gutierrez ("Plaintiff") and Defendant C & H Sugar Company, Inc. ("Defendant"), acting by and through undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate and agree that all Plaintiff's individual claims raised herein are hereby dismissed with prejudice and without costs to any party, with all rights of appeal waived as to the named Plaintiff, and the class claims dismissed without prejudice.

**IT IS SO STIPULATED**

Dated: October 22, 2024

**LIDDLE SHEETS P.C.**

*/s/ Matthew Z. Robb*
Steven D. Liddle (PHV)
Laura L. Sheets (PHV)
Matthew Z. Robb (PHV)
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile: (313) 392-0025

*Attorneys for Plaintiff*

Dated: October 22, 2024

**BEVERIDGE & DIAMOND, P.C.**

*/s/ Megan R. Brillault*
Megan R. Brillault

825 Third Avenue
16th Street
New York, NY 10022
Tel: 212-702-5414
Fax: 212-702-5450

*Attorney For C & H Sugar, Inc.*

## ATTESTATION REGARDING SIGNATURES

I, Matthew Z. Robb, am the registered CM/ECF User whose ID and password are being used to file this document. Pursuant to Northern District of California Local Rule 5-1(h)(3), I hereby attest and certify that all other signatories listed on this document, on whose behalf this filing is submitted to the Court, concur in the filing's content and authorized the filing.

Dated: October 22, 2024

                                            **LIDDLE SHEETS P.C.**

                                            */s/ Matthew Z. Robb*

                                            *Attorney for Plaintiff*

ARIAS SANGUINETTI WANG & TORRIJOS, LLP

**CERTIFICATE OF SERVICE**

I, Matthew Z. Robb, hereby certify that a copy of the foregoing document was filed through the Court's CM/ECF system and will be served electronically upon all counsel of record in this matter.

*/s/ Matthew Z. Robb*
